UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOUGLAS GILMORE, EXECUTOR<br>OF THE ESTATE OF BESS GILMORE : | NO. 3:08-CV-01058 (SRU) |
| Plaintiff, : | |
| v. : | |
| PAWN KING, INC. and<br>WILLIAM V. MINGIONE, : | |
| Defendants. : | JANUARY 10, 2011 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Local Rules for the District of Connecticut, Defendants Pawn King, Inc. and William V. Mingione (collectively, "Defendants") respectfully move for summary judgment on Plaintiff's Complaint.

In addition to a statement of undisputed facts pursuant to Local Rule 56(a)(1), a memorandum of law in support of this motion is being filed herewith.

WHEREFORE, for the reasons discussed in the accompanying memorandum of law, Defendants respectfully request that the Court grant their motion for summary judgment.

THE DEFENDANTS

By:____/s/_____
Robert M. Frost, Jr. (ct19771)
Brian E. Tims (ct27962)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
(203) 333-9441 (Telephone)
(203) 333-1489 (Facsimile)
rfrost@znclaw.com (E-Mail)

Their Attorneys

## **CERTIFICATION**

I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated at Bridgeport, Connecticut on this 10th day of January, 2011.

/s/
Brian E. Tims