UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOUGLAS GILMORE, Executor of the Estate of BESS GILMORE, <br>    Plaintiff, <br><br> v. <br><br> PAWN KING, INC. and WILLIAM MINGIONE, <br>    Defendants. | No. 3: 08-cv-1058 (SRU) |

### MEMORANDUM OF DECISION

On May 14, 2015, I held oral argument on the plaintiff's motion for summary judgment (doc. # 128). I issued an oral ruling in open court, granting in part and denying in part the plaintiff's motion for summary judgment and granting summary judgment, sua sponte, in favor of the defendants on certain claims and against them on their counterclaim. For the reasons set forth on the record, I issued the following orders:

1. Count One: Summary judgment is granted in favor of the plaintiff on the first Civil RICO claim, which alleges a violation of 18 U.S.C. § 1962(c).
2. Count Two: Summary judgment is granted in favor of the defendant, William Mingione on the plaintiff's second Civil RICO claim, which alleges violations of 18 U.S.C. § 1962(b).
3. Count Three:  Summary judgment is granted in favor of the plaintiff on the CUTPA claim.
4. Count Four: Summary judgment is granted in favor of the plaintiff on the conversion claim.  The defendant's affirmative defenses of equitable estoppel and unclean hands fail as a matter of law.
5. Count Five: Summary judgment is granted in favor of the defendants on the statutory theft claim under Conn. Gen. Stat. § 52-564.
6. Count Six: Summary judgment is granted in favor of the plaintiff on the unjust enrichment claim.  The defendant's affirmative defenses of equitable estoppel and unclean hands fail as a matter of law.
7. Count Seven:  Summary judgment is granted in favor of the defendant on this count, which seeks damages under Conn. Gen. Stat. § 21-47(a).
8. Count Eight: Summary judgment is granted in favor of the defendants on the intentional infliction of emotional distress claim.

9. Defendants' Counterclaim: Summary judgment is granted in favor of the plaintiff on the defendants' counterclaim for abuse of process.
10. The parties will confer to discuss damages and will report to the court by May 28, 2015 whether they were able to resolve the issue of damages or whether a hearing will be necessary.

It is so ordered.

Dated at Bridgeport, Connecticut, this 15th day of May 2015.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge